NUMBER
13-05-590-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

                 IN THE INTEREST OF M.O.A.S., A CHILD

___________________________________________________________________

 

                   On
appeal from the 36th District Court 

                              of
Bee County, Texas

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

      Before
Chief Justice Valdez and Justices Yañez and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, Manuela Galarza, attempted to perfect an
appeal from a judgment entered by the 36th District Court of Bee County, Texas, in cause number B-00-1512-1-CV-A.  Judgment in this cause was signed on June 23, 2005.  Pursuant to Tex. R. App. P. 26.1, appellant=s notice of appeal was
due on July 13, 2005, but was not filed until July
25, 2005.  








Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect his appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

 

Memorandum Opinion
delivered and filed this

the 26th
day of January, 2006.